**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gina Marie Klosterman, a married woman, | No. CV-09-2068-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff seeks judicial review of the administrative decision denying her application for social security benefits. Dkt. #1. Plaintiff has filed both an opening brief (Dkt. #13) and a motion for summary judgment (Dkt. #14). The Court's local rules provide for the filing of opening and answering briefs "rather than the filing of motions/cross-motions for summary judgment." LRCiv 16.1(a)-(b); *see* Dkt. #6 ¶¶ 1-2. The opening brief "must set forth all errors which Plaintiff contends entitle [her] to relief." LRCiv 16.1(a).

Because Plaintiff has filed a lengthy opening brief addressing alleged errors on the part of the ALJ (Dkt. #13), the Court will deny Plaintiff's motion for summary judgment (Dkt. #14) as moot and as improper under Local Rule 16.1.

**IT IS ORDERED:**

1. Plaintiff's motion for summary judgment (Dkt. #14) is **denied**.

1 | 2. The Court will address the arguments made in the parties' briefs (Dkt. ##13,
2 | 15, 17) in a separate order.
3 | DATED this 29th day of March, 2010.

_____
David G. Campbell
United States District Judge